BILLY JOHNSON                            CASE# 2:07-CR-20026-STA-1

VS.

THE UNITED STATES/

WARDEN USP TERRE HAUTE      2:16-cv-0242 JMS -MJD

## REQUEST FOR THE COURT TO CAPTION AND CONSTRUE THE PROPER VENUE

       **Comes now, Movant/Plaintiff Billy Johnson, *pro se*, with request for this honorable court to construe this request/suite, and forward to the correct district and jurisdiction if applicable.**

     Please accept this **letter** in lieu of a more formal petition for writ/or suite pursuant to either Title 28 U.S.C. § 2241 or any other relief venue this court deems appropriate. I Billy Johnson, and the petitioner, a prisoner confined in a federal institution and as such, I require all due consideration in accordance with Supreme Court jurisprudence. *Haines v. Kerner, 404 US 591 (1972)*. If this petition is construed under § 2241 I call this courts attention to the requirements of 28 U.S.C. § 2241 and 2243 as this petition fully complies with § 2242 and notice is hereby given that time is of the essence as to § 2243. I reserve all my rights and make this petition and all subsequent filings in the matter without prejudice.

Movant is being subjected to unlawful detention at U.S.P. Terre Haute due to the fact that he was convicted by DHO for a charge for which he lost good conduct time. The DHO hearing was in violation to Movants Due process Rights Set forth in the United States Constitution.

# ARGUMENT

On August 9, 2013, at USP Lee, while conducting a cell search, Corrections Officer J. Goodman, discovered a Lock which was attached to a piece of cloth, in cell 119. The object which was referred to as a (*weapon*) was found in a grey bin with another Inmates institutional number on it. Movant had no choice in who the BOP moved into the cell with him. This particular inmate has an extensive history of violations which include assault, and was sentenced to the Special Management Unit for disciplinary violations, just prior to being placed in the cell with Mr. Johnson. The Weapon was found in his Property bin and the correctional officer/CO failed to notice that fact, or the fact *that Movant has been a model inmate, who had been free of incident reports up until that point.*

## At the DHO hearing Movant was convicted of the violation.

1. Movant asserts that the BOP is the sole custodian of his confinement and when the BOP forced the other inmate to reside in the cell with Mr. Johnson and he was subjected to threats and harassment. In a prison setting inmates, cannot simply go the staff and request to be moved, to do so would be equivalent to telling and would endanger the life of Movant. Therefore Movant had no logical choice but to keep his opinion to himself and try to stay out of the cell for as long as possible to avoid this other aggressive inmate. In doing this the BOP endangered Movant and subjected him to this caustic environment where he was forced by the other inmate to hold both property bins in the cell he shared with the other inmate. In that property, is where the other inmate concealed the weapon, knowing if it was found

that Movant would be bullied into admission of the weapon, or beat up by the Gang affiliated inmates who control the inmate population.

2. Movant is now housed in the USP at Terre Haute Indiana and Is currently in the Life connections program, a faith based re-entry based program, which focuses on rehabilitation and establishing mentors in the community to establish mentor/inmate contacts to better reintegrate the inmate back into society. Movant has remained free of incident reports and is excelling in the program. Mr. Johnson is a prime candidate for consideration for relief.

(a) Movant asks this court to expunge his prison record of this charge and to review all facts leading to the DHO findings.

(b) Movant asks this court to evaluate the above and to forward if necessary to the correct jurisdiction if this court does not hold power to adjudicate.

                        Respectfully submitted

                                                                                           _____ Date_____

Billy Johnson Reg No. 21284-076

United States Penitentiary

P.O. Box 33

Terre Haute In 47808